IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILEY FISHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:10-CV-189-WKW [WO] |
| ) | |
| CITY OF MONTGOMERY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Plaintiff's motion to alter judgment (Doc. # 34), it is ORDERED that Defendants are directed to respond on or before March 25, 2011.

DONE this 18th day of March, 2011.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE